**JAMES L. LEE v. JOHN W. BULLOCK, HERBERT JAMUL and CHEMICAL PRODUCTS COMPANY, INC., a Florida corporation, Appellees.**

18 So. (2nd) 364            June Term, 1944
June 20, 1944            Division B

*Thomas H. Anderson,* for appellant.
*Frank B. Dowling,* for appellees.

PER CURIAM:

The order appealed from is affirmed.

BUFORD, C.J., BROWN, THOMAS and SEBRING, JJ., concur.